# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALEXANDER TSAREVSKY and TANYA TSAREVSKY,<br><br>           Plaintiffs,<br><br>vs.<br><br>AMGUARD INSURANCE COMPANY and DOES 1 through 20,<br><br>           Defendants. | Case No.: 2:22-cv-00793-SVW-PVC<br>Honorable Stephen V. Wilson<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br><br>Action Filed: December 17, 2021<br>Trial Date:     July 19, 2022 |

Pursuant to the Stipulation for Dismissal of Action with Prejudice ("Stipulation") filed by Plaintiffs Alexander Tsarevsky and Tanya Tsarevsky (collectively "Plaintiffs") and Defendant AmGUARD Insurance Company ("AmGUARD") (collectively "Parties"), the Court hereby finds as follows:

## RECITALS

1. On or about December 17, 2021, Plaintiffs filed this action in the

1  Superior Court of the State of California, County of Los Angeles. [Dkt. 1-1.]

2.  On or about January 6, 2022, Plaintiffs served Defendant with a copy of the Summons and Complaint.

3.  On or about February 4, 2022, Defendant filed a Notice of Removal of Action pursuant to U.S.C. § 1441(b) on the ground that this is a civil action between citizens of two different states and the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs. [Dkt. 1.]

4.  On or about February 11, 2022, Defendant filed its Answer to the Complaint [Dkt. 10.]

5.  Plaintiffs have voluntarily agreed to dismiss this action with prejudice, each side to bear its own fees and costs.

## [PROPOSED] ORDER

Based upon the above Recitals and the Stipulation, the Court hereby dismisses this action with prejudice with each side to bear its own fees and costs in connection with this action.

IT IS SO ORDERED.

DATED: July 13, 2022

_____
Hon. Stephen V. Wilson
United States District Court Judge

# CERTIFICATE OF SERVICE
*Alexander Tsarevsky, et al. vs. AmGUARD Insurance Company*
**USDC Case No.: 2:22-cv-00793-SVW(PVCx)**
**Attorneys for Defendant AmGUARD Insurance Company**
**WEMED File No. 22233.00625**

I hereby certify that on **July 8, 2022,** I served the documents described as:

**1.    [PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

[ ]    **BY U.S. MAIL** - As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  The envelope was sealed and placed for collection and mailing on this date following our ordinary practices.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]    **BY ELECTRONIC TRANSMISSION:**  I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system.  The CM/ECF system will send notification of this filing to the person(s) listed below.

[ ]    **BY E-MAIL OR ELECTRONIC TRANSMISSION** – Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

   I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 555 So. Flower Street, Suite 2900, Los Angeles, CA  90071.

[X]    (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

   Executed on **July 8, 2022,** at Los Angeles, California.


                */s/ Patricia L. Pardo*
                 Patricia L. Pardo

# SERVICE LIST

*Alexander Tsarevsky, et al. vs. AmGUARD Insurance Company*
USDC Case No.: 2:22-cv-00793-SVW(PVCx)
**Attorneys for Defendant AmGUARD Insurance Company**
WEMED File No. 22233.00625

Steven C. Shuman, Esq.
Andrew M. Jacobson, Esq.
Erin Stover, Esq.
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 12th Floor
Los Angeles, CA  90067-4113
(310) 552-3800; fax (310) 552-9434
Email: sshuman@elllaw.com
Email: ajacobson@elllaw.com
Email: estover@elllaw.com

Assistant Merlene Fletcher
Email: mfletcher@elllaw.com

Attorneys for Plaintiffs
ALEXANDER TSAREVSKY and TANYA TSAREVSKY